## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SHERWANDA HARRIS**                                                        **PLAINTIFF**

**v.**                                      **CASE NO. 2:25-CV-00219-BSM**

**SOUTHLAND CASINO GAMING &**
**RACING**                                                                  **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE